IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                                                                            1:04-CV-068-SPM

**$9,610.00 IN UNITED STATES CURRENCY,**

    Defendant.
_____/

## **DECREE OF FORFEITURE**

A Verified Complaint of Forfeiture In Rem was filed on June 30, 2004. The complaint alleges that the Defendant, $9,610.00 in U.S. Currency, is forfeitable to the United States of America pursuant to 21 U.S.C. § 881 (a)(6).

It appears that process was fully issued in this action and returned according to law; that on July 30, 2004, the Defendant property was seized by the United States Marshal Service after it had been taken into custody on February 20, 2004. On September 15, 2004, Charles Edward Bosby, Jr., was served through his counsel; and that on December 8, 2004, a Notice Of Action And Arrest was published in the Gainesville Sun Newspaper. No person or entity has timely filed a claim.

On February 10, 2005, the Court granted Charles Edward Bosby, Jr's., Motion For Extension Of Time To File Response/Reply to the complaint until April 11, 2005. No response has been filed. As such, a default is hereby entered against Charles Edward Busbey, Jr..

**NOW THEREFORE**, upon Motion of the Plaintiff, United States of America, for a Decree Of Forfeiture, it is hereby

**ORDERED, ADJUDGED and DECREED** that the $9,610.00 United States Currency be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The Defendant property shall be disposed of according to law.

**DONE AND ORDERED** this 27th day of April, 2005, at Gainesville, Florida, 32601.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge